IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| ROSHINA SMITH, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § | 6:15-CV-324-RP |
| ANGELA GOFORTH, | § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

Before the Court is the above entitled cause of action. On October 18, 2016, the Court granted Plaintiff's Motion for Summary Judgment on her claims for unpaid wages and overtime. The Court then granted Plaintiff's motion for attorney's fees on December 14, 2016. Accordingly, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of Plaintiff Roshina Smith in the amount of $656.50.

**IT IS FURTHER ORDERED** that Plaintiff Roshina Smith is entitled to recover attorneys' fees and costs in the amount of $2,777.50.

**IT IS FURTHER ORDERED** that the judgment rendered herein shall bear the interest rate of 0.90% per annum from the date of judgment until paid.

**IT IS FURTHER ORDERED** all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on December 21, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE